ROBINSON CLAY PRODUCT COMPANY, Appellant, *v.* HENRY P.
BURGARD, Respondent.

*Robinson Clay Product Co.* v. *Burgard*, 129 App. Div. 936, affirmed.
(Argued March 1, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 2, 1909, affirming a judgment in favor of defendant
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for goods alleged to have
been sold and delivered.

*Frank Gibbons* for appellant.

*Eugene L. Falk* and *Frank F. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.